USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ronald E. Powell et al.,

                Plaintiffs,

-against-

Ocwen Financial Corporation et al.,

                Defendants.

1:18-cv-01951 (VSB) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Before the Court is Plaintiffs' motion to compel the production of emails and other electronic documents and communications of Defendant Ocwen's servicing team members related to Ocwen's servicing practices for the four trusts added to the Second Amended Complaint ("SAC"). (Letter Motion, ECF No. 207, at 1; Letter Reply, ECF No. 213, at 2 (limiting scope).) Following a Telephone Conference with the parties, and for the reasons stated on the record, it is hereby Ordered that Plaintiffs' motion is DENIED.

    The Court finds that the additional discovery sought by Plaintiffs is not proportional to the needs of the case in light of Plaintiffs' earlier position (in support of their motion to amend) that they did not intend to seek additional discovery as a result of the additional trusts added to the SAC; the scope and timing of Plaintiffs' request; and the burden on Defendant Ocwen, particularly given the limited scope of discovery authorized by Judge Broderick. (*See* Op. & Order, ECF No. 150.)

    It is further Ordered that, no later than Wednesday, February 26, 2020, Defendant Wells Fargo shall file its response to Plaintiffs' motion to seal. (*See* Letter Motion, ECF No. 209.)

**SO ORDERED.**

DATED: New York, New York
February 24, 2020

_____
STEWART D. AARON
United States Magistrate Judge