USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2020

# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3418
hfsidman@jonesday.com

February 26, 2020

**VIA ECF**

| | |
|---|---|
| Hon. Stewart D. Aaron<br>United States Magistrate Judge<br>Daniel Patrick Moynihan<br>United States Courthouse<br>500 Pearl St., Room 1970<br>New York, NY 10007-1312 | ENDORSEMENT: In light of Wells Fargo's position, Plaintiff's motion to seal (ECF No. 209) is DENIED as moot. The Clerk of Court is directed to unseal Letter Motion at ECF No. 208 in its entirety. SO ORDERED.<br>Dated: February 27, 2020  */s/ Stewart D. Aaron* |

Re: *Powell v. Ocwen et al - 18-cv-01951-VSB (SDA)*

Dear Magistrate Judge Aaron:

We write on behalf of Wells Fargo Bank, N.A. ("Wells Fargo"), defendant in the above-captioned action pursuant to Your Honor's Order on Plaintiffs' Motion to Compel, dated February 24, 2020, in which Your Honor ordered Wells Fargo to file a response to Plaintiffs' Letter-Motion (the "Letter-Motion"), dated February 14, 2020, by February 26, 2020. ECF 215.

In the Letter-Motion, Plaintiffs requested that the Court unseal four documents, produced by Wells Fargo in discovery, that Plaintiffs submitted as Exhibits B, C, D, and E (the "Exhibits") in connection with their motion to compel, dated February 13, 2020. ECF 207. Wells Fargo will not seek a sealing order for the Exhibits and informed Plaintiffs of its position earlier today.

Wells Fargo reserves all of its rights as to Wells Fargo's confidentiality designations on the Exhibits pursuant to the confidentiality agreement for the protection of information, documents, and other material produced or given as part of the disclosure, discovery, or litigation entered in the above-captioned action on July 22, 2019. ECF 163.

Respectfully submitted,

*/s/ Howard F. Sidman*
Howard F. Sidman

cc: Counsel of Record (via email)

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON