UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD E. POWELL, *et al.*, as Trustees and on behalf of The United Food & Commercial Workers Unions & Employers Midwest Pension Fund,<br><br>　　　　　　　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>OCWEN FINANCIAL CORPORATION, *et al.*,<br><br>　　　　　　　　　　　　　　　　Defendants. | No. 18–cv–1951–VSB–SDA |

**NOTICE OF JOINT MOTION FOR SUMMARY JUDGMENT
OF DEFENDANTS OCWEN AND WELLS FARGO**

PLEASE TAKE NOTICE that upon (i) the accompanying Memorandum of Law in Support of the Joint Motion for Summary Judgment of Defendants Ocwen and Wells Fargo pursuant to Federal Rule of Civil Procedure 56; (ii) the Local Civil Rule 56.1 Statement of Material Facts of Defendants Ocwen and Wells Fargo; (iii) the Declaration of Howard F. Sidman and the exhibits annexed thereto; (iv) the Declaration of [Jay Williams] and the exhibits annexed thereto; and (v) all prior proceedings and matters of record in this case, Ocwen Financial Corporation, Ocwen Loan Servicing, LLC, Ocwen Mortgage Servicing, Inc., and Wells Fargo Bank, N.A., by and through their undersigned counsel, will move the Court before the Honorable Vernon S. Broderick, United States District Judge, Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time determined by the Court, for an order pursuant to the Federal Rules of Civil Procedure dismissing the above-captioned action, with prejudice, and entering judgment in favor of Defendants.

Dated: March 6, 2020
New York, New York

Respectfully submitted,

| ORRICK, HERRINGTON & SUTCLIFFE LLP | JONES DAY |
|---|---|
| */s/ Richard A. Jacobsen* | */s/ Howard F. Sidman* |

| | |
|---|---|
| Richard A. Jacobsen | Howard F. Sidman |
| Thomas N. Kidera | Amanda L. Dollinger |
| Aaron M. Rubin | 250 Vesey Street |
| 51 West 52nd Street | New York, NY 10281 |
| New York, NY 10019 | (212) 326-3939 |
| (212) 506-5000 | hfsidman@jonesday.com |
| rjacobsen@orrick.com | |
| tkidera@orrick.com | Evan Miller (*pro hac vice*) |
| amrubin@orrick.com | 51 Louisiana Avenue N.W. |
| | Washington, D.C. 20001 |
| Kenneth Herzinger | (202) 879-3939 |
| 405 Howard Street | emiller@jonesday.com |
| San Francisco, CA 94105 | |
| (415) 773-5700 | Benjamin G. Minegar (*pro hac vice*) |
| kherzinger@orrick.com | 500 Grant Street, Suite 4500 |
| | Pittsburgh, PA 15219 |
| *Attorneys for Ocwen Financial Corporation, Ocwen Loan Servicing, LLC, and Ocwen Mortgage Servicing, Inc.* | (412) 391-3939 |
| | bminegar@jonesday.com |
| | *Attorneys for Wells Fargo Bank, N.A.* |

## CERTIFICATE OF SERVICE

    I certify that, on March 6, 2020, I caused the forgoing to be electronically filed with the Clerk of Court using the CM/ECF system.

                                              */s/ Amanda L. Dollinger*
                                              Amanda L. Dollinger