**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
RONALD E. POWELL, et al., *as trustees of The United Food & Commercial Workers Union & Employers Midwest Pension Fund, on behalf of that plan and other similarly situated benefit plans,*

                      Plaintiff,                  18 **CIVIL** 1951 (VSB)

          -against-                  **JUDGMENT**

OCWEN FINANCIAL CORPORATION, et al.,

                      Defendants.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 1, 2023, Moving Defendants' motion for summary judgment is GRANTED and Plaintiffs' motion for partial summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
         June 2, 2023

                                                  **RUBY J. KRAJICK**

                                                    **Clerk of Court**

               **BY:**

                                                    **Deputy Clerk**