UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONALD E. POWELL, *et al.*, as trustees of The United Food & Commercial Workers Unions & Employers Midwest Pension Fund, on behalf of that plan and other similarly situated benefit plans,

    *Plaintiffs*,

v.

OCWEN FINANCIAL CORPORATION, *et al.*,

    *Defendants*.

Case No. 1:18-cv-01951 (VSB)

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Plaintiffs, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from (1) the District Court's June 1, 2023 Opinion and Order (ECF No. 276) and June 2, 2023 Judgment (ECF No. 277) granting Defendants' motion for summary judgment and denying Plaintiffs' motion for summary judgment and entering judgment in favor of all Defendants; and (2) any and all other opinions, orders, findings, conclusions or rulings, including prior to, concurrent with, or after said Judgment in the above-captioned action that were adverse to Plaintiffs.

Dated: June 30, 2023
White Plains, New York

Respectfully submitted,

**LOWEY DANNENBERG, P.C.**

/s/ David C. Harrison
David C. Harrison
Scott V. Papp
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
Email:  dharrison@lowey.com
    spapp@lowey.com


**KARMEL LAW FIRM**
Jonathan D. Karmel (admitted *pro hac vice*)
221 N. La Salle Street, Suite 1550
Chicago, IL 60601
Tel: (800) 459-6264

*Attorneys for Plaintiffs*