UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                               :

RONALD E. POWELL, *as Trustee of The*
*United Food & Commercial Workers Union &*  :
*Employers Midwest Pension Fund*, et al.,    :

                             :        18-CV-1951 (VSB)

                  Plaintiffs,  :

                             :          **ORDER**

         -against-      :

                             :

OCWEN FINANCIAL CORPORATION,  :
et al.,

                             :

                 Defendants.  :

---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On April 22, 2026, the Second Circuit vacated "the district court's judgment with respect to the Plan's investments" in three real estate mortgage investment conduits ("REMICs")—Credit Suisse First Boston Mortgage-Backed Pass-Through Certificates Series 2003-27 ("CSFB 2003-27"), MASTR Alternative Loan Trust 2003-5 ("MASTR 2003-5"), and GSR Mortgage Loan Trust 2005-7F ("GSR 2005-7F")—and remanded the instant action for further proceedings "to allow the district court to consider in the first instance whether [Ocwen Financial Corporation and its affiliates] acted in a fiduciary capacity with respect to the mortgages underlying the three REMIC trusts."  (Doc. 280 at 30.)  Accordingly, it is hereby ORDERED that the parties shall appear for a hearing on May 26, 2026 at 2:00 p.m. to discuss next steps in light of the Second Circuit's decision.  The hearing will take place telephonically.  The dial-in number is **1-855-244-8681** and the access code is **2309 3085 835**.  There is no attendee ID.

SO ORDERED.

Dated:      May 11, 2026
          New York, New York

Vernon S. Broderick
United States District Judge