UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                             :

RONALD E. POWELL, *as Trustee of The*      :
*United Food & Commercial Workers Union &*  :
*Employers Midwest Pension Fund*, et al.,      :

                                :                          18-CV-1951 (VSB)
                        Plaintiffs,   :

                                  :                          **ORDER**
            -against-         :

                                  :

OCWEN FINANCIAL CORPORATION,      :
et al.,      :

                                :
                        Defendants.  :

                                :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On May 26, 2026, the parties appeared before this Court[1] to discuss next steps in light of

the Second Circuit's decision remanding the instant action for further proceedings.  (Doc. 280.)

Accordingly, Plaintiffs and Defendants Ocwen Financial Corporation, Ocwen Loan Servicing,

LLC, Ocwen Mortgage Servicing, Inc., (collectively, "Ocwen"), and Wells Fargo Bank, N.A.

("Wells Fargo") shall meet and confer regarding a proposed briefing schedule for their

anticipated summary judgment motions and submit a joint letter to this Court with proposed

dates by June 2, 2026.  Moreover, consistent with my Opinion & Order issued on March 15,

2019, (Doc. 150), all outstanding issues raised in Defendants' Rule 12 motions will only be

addressed after the Court's decision on the anticipated summary judgment motions.  Defendants

do not need to respond to the Second Amended Complaint at this time.

SO ORDERED.

---

[1] Counsel for Defendant Southwest Business Corporation did not confirm attendance at the May 26 telephonic
conference.

Dated:  May 26, 2026
    New York, New York

Vernon S. Broderick
United States District Judge