**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONALD E. POWELL; ROBERT O'TOOLE; ROBERT WILSON; BRIAN JORDAN; DONALD G. SCHAPER; AND WILLIAM R. SEEHAFER, as trustees of The United Food & Commercial Workers Unions & Employers Midwest Pension Fund, on behalf of that plan and other similarly situated benefit plans,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN FINANCIAL CORPORATION; OCWEN LOAN SERVICING, LLC; OCWEN MORTGAGE SERVICING, INC.; ALTISOURCE SOLUTIONS, INC.; ALTISOURCE RESIDENTIAL CORPORATION; ALTISOURCE ASSET MANAGEMENT CORPORATION; REALHOME SERVICES AND SOLUTIONS, INC.; ALTISOURCE ONLINE AUCTIONS, INC.; ASSURANT, INC.; STANDARD GUARANTY INSURANCE COMPANY; AMERICAN SECURITY INSURANCE COMPANY; VOYAGER INDEMNITY INSURANCE COMPANY; AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA; SOUTHWEST BUSINESS CORPORATION; CROSS COUNTRY HOMES SERVICES, INC.; HOMESURE OF AMERICA, INC.; HOMESURE SERVICES, INC.; HOMESURE PROTECTION OF VIRGINIA, INC.; AND WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 1:18-cv-01951<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE SUCCESSOR TRUSTEES** |

The Court, having considered Plaintiffs' Motion to Substitute Successor Trustees, and good cause appearing, the Court finds and ORDERS as follows:

1

1. Plaintiffs brought this action in their representative capacity as trustees of The United Food & Commercial Workers Unions & Employers Midwest Pension Fund.

2. While this case was on appeal to the Second Circuit, the trusteeship changed and Ronald E. Powell, Robert Wilson, Brian Jordan, and Donald G. Schaper ceased to serve as trustees. They were succeeded by Steven M. Powell, Marcus Parker and Mike Forte (the "Successor Trustees").

3. The Court GRANTS Plaintiffs' Motion and Steven M. Powell, Marcus Parker and Mike Forte are substituted as Plaintiffs in this action pursuant to Federal Rule of Civil Procedure 25(c).

4. The case caption shall be amended to reflect such substitution, and future filings shall proceed in the names of Steven M. Powell, Robert O'Toole, Marcus Parker, Mike Forte, and William R. Seehafer as trustees of The United Food & Commercial Workers Unions & Employers Midwest Pension Fund.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Vernon S. Broderick
United States District Judge

2