JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047
TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

DIRECT NUMBER: (212) 326-3418
HFSIDMAN@JONESDAY.COM

July 15, 2026

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 7/16/2026

**VIA ECF**

Hon. Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Powell v. Ocwen et al - 18-cv-01951-VSB (SDA)*

Dear Judge Broderick:

Defendant Wells Fargo Bank, N.A., together with Defendants Ocwen Financial Corporation, Ocwen Loan Servicing, LLC, Ocwen Mortgage Servicing, Inc. (collectively, the "Ocwen and Wells Fargo Defendants") submit this letter in the above-captioned action to respectfully request permission to file redacted versions of materials submitted in connection with their Joint Renewed Motion for Summary Judgment pursuant to Your Honor's Individual Rules & Practices in Civil Cases Rule 5(B).

The Ocwen and Wells Fargo Defendants respectfully request permission to file the below-listed materials with redactions (in yellow highlighting) of references to documents this Court has already ordered sealed. (ECF 239, 261).

- Memorandum of Law in Support of the Joint Renewed Motion for Summary Judgment of Defendants Ocwen and Wells Fargo;
- Local Civil Rule 56.1 Statement of Material Facts of Defendants Ocwen and Wells Fargo.

A redacted version of the above-referenced materials will be filed on the public ECF docket, with unredacted materials filed via ECF with access limited to Plaintiffs and the Ocwen and Wells Fargo Defendants. Once the Court decides this application to file under seal, the Ocwen and Wells Fargo Defendants will update their filings of the above-referenced materials on the public ECF docket in accordance with Your Honor's Order.

Ocwen and Wells Fargo Defendants have conferred with Plaintiffs in accordance with Your Honor's Individual Rules, and the Plaintiffs have no objection to the proposed redactions.

Respectfully submitted,

_/s/ Howard F. Sidman_
Howard F. Sidman

cc: Counsel of Record (via ECF)