UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD E. POWELL, *as Trustee of The United Food & Commercial Workers Union & Employers Midwest Pension Fund*, et al.,

Plaintiffs,

-against-

OCWEN FINANCIAL CORPORATION, et al.,

Defendants.

18-CV-1951 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the parties' motions to seal requesting: (1) "permission to file redacted versions of materials submitted in connection with Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and Memorandum of Law in Support of Their Cross-Motion for Partial Summary Judgment," (Doc. 305 at 1); and (2) "permission to file redacted versions of materials submitted in connection with Defendants' Opposition to Plaintiffs' Cross-Motion for Summary Judgment and Reply in Support of Defendants' Joint Motion for Summary Judgment," (Doc. 313 at 1).

In accordance with my previous orders granting the parties' sealing requests, (*see e.g.*, Docs. 261, 262, 304), and for the reasons outlined in the parties letters, I hereby GRANT the parties' motions to seal at Document 305 and 313. The Clerk of Court is respectfully directed to terminate the motions at Documents 305 and 313.

SO ORDERED.

Dated: October 5, 2026
New York, New York

Vernon S. Broderick
United States District Judge